IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NED CHARLES MCNULTY II,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No. 14-cv-390-bbc

WISCONSIN,

    Respondent.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing without prejudice petitioner Ned Charles McNulty II's petition for a writ of habeas corpus under U.S.C. § 2254 for failure to exhaust his remedies in state court.

/s/　　　　　　　　　　　　　　　　　　　　　　　July 29, 2014

Peter Oppeneer, Clerk of Court　　　　　　　　　　Date